UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

The Original Pancake House
Franchising,Inc.,

      Plaintiff,

                             Civil No. 04-569HA

   v.

                             ORDER OF DISMISSAL

David & Goliath,Inc.,

      Defendant.

_____


    Based upon the record,

    IT IS HEREBY ORDERED AND ADJUDGED that this action is
dismissed with prejudice and without costs or attorney fees to
any party.

    Dated this    30    day of July,2004.

                             /s/Ancer L.Haggerty
                            ANCER L.HAGGERTY
                            U.S.District Judge